No. 73–5013.  HOLTZINGER v. ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 73–5016.  SAXON v. WOLFF, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 73–5021.  HESBETT, AKA McIVER v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 73–5044.  CUTHRELL v. DIRECTOR, PATUXENT INSTITUTION.  C. A. 4th Cir.  Certiorari denied.

No. 73–5065.  MILLS v. ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 73–5091.  PERRY v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 73–5095.  HILL v. CARDWELL, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 73–5105.  EASLEY v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 73–5110.  WILLIAMSON ET AL. v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 73–5111.  SHARPE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 73–5117.  BLANK v. UNITED STATES;
No. 73–5145.  GORNISH v. UNITED STATES; and
No. 73–5177.  WEINBERG v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.  Reported below: 478 F. 2d 1351.